JAMES MANION, Respondent, *v.* LOOMIS SANATORIUM, Appellant.

*Manion* v. *Loomis Sanatorium,* 162 App. Div. 421, affirmed.
(Argued March 12, 1917; decided March 27, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered June 5, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for injury to personal property alleged to have been occasioned through the negligence of the defendant. The complaint alleged that while plaintiff was driving his automobile in a careful and prudent manner past premises owned and occupied by the defendant, an employee of the defendant engaged in driving a team of horses

attached to a wagon of the defendant carelessly and negligently disregarding the rights of the plaintiff in the said highway drove said team of horses upon and across the said highway, forcing the plaintiff to drive his automobile in the ditch adjacent to said highway, and thereby caused said automobile to be injured by coming in contact with a telephone pole.

*Joseph Rosch* for appellant.

*Ellsworth Baker* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ. Not voting: CUDDEBACK, J.